# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br>**STREAM TV NETWORKS, INC., et al.,**<br><br>　　　　　　　　　　Debtors. | CHAPTER 11<br><br>Bankr. No. 23-10763 (AMC)<br><br>(Jointly Administered) |
| **REMBRANDT 3D HOLDING LTD,**<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>**WILLIAM A. HOMONY, AS CHAPTER 11 TRUSTEE, et al.,**<br><br>　　　　　　　　　　Defendants. | Adv. No. 24-00142 (AMC) |

## ORDER

**AND NOW**, this ___ day of _____, 2025, upon consideration of the Chapter 11 Trustee's 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, and any opposition thereto, it is hereby ORDERED that the Trustee's Motion is **GRANTED** and that this matter is **DISMISSED WITH PREJUDICE** as to the Trustee.

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE ASHELY M. CHAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE