## **CERTIFICATE OF SERVICE**

I, Steven M. Coren, Esquire, hereby certify that on January 6, 2025, I caused true and correct copies of the foregoing Motion to Dismiss and supporting papers to be served via the Court's ECF system upon the following:

**ANDREW PETER DEMARCO**
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
302-449-9010
Fax : 302-353-4251
Email: ademarco@devlinlawfirm.com

**Christopher A. Michaels**
Brown and Michaels, P.C.
118 North Tioga Street
Ithaca, NY 14850
607-256-2000
Email: michaels@bpmlegal.com

/s/ Steven M. Coren
Steven M. Coren, Esquire