# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| **STREAM TV NETWORKS, INC. , et al** | : | |
| | : | Bankruptcy No. 23-10763-DJB |
| Debtor | : | |
| | : | (Jointly Administered)[1] |
| | : | |
| **REMBRANDT 3D HOLDING LTD,** | : | |
| | : | |
| Plaintiff | : | |
| | : | Adv. Proc. No. 24-00142-DJB |
| v. | : | |
| | : | |
| **WILLIAM A. HOMONY,** | : | |
| **AS CHAPTER 11 TRUSTEE, et al** | : | |
| | : | |
| | : | |
| Defendants | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Chapter 11 Trustee's 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted [Adv. Dkt. No. 3], and the opposition thereto, and for the reasons stated on the record on April 14, 2025, it is hereby ORDERED that

1. Count I of the Complaint [Adv. Dkt. No. 1] is DISMISSED.

**Date: April 15, 2025**

_____
Derek J. Baker
United States Bankruptcy Judge

---

[1] On April 11, 2023, this Court entered an order directing joint administration of the above-captioned case and In re Technovative Media, Inc., Case No. 23-10764 (AMC).  (Bankr. D.I. #81)