AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stream TV Networks, Inc. and Technovative Media, Inc. )<br>)<br>)<br>   Debtor(s) )<br>)<br>Rembrandt 3D Holding Ltd. )<br>)<br>   Plaintiff(s) )<br>v. )<br>)<br>William A. Homony, et al. )<br>)<br>   Defendant(s) ) | Chapter 11<br><br>Case No. 23-10763-amc<br><br>Chapter 11<br><br><br><br>Adv. Pro. 24-00142-amc |

STATE OF DELAWARE       }
                        }ss.
COUNTY OF NEW CASTLE    }

I, Lisa Joyner, of the State of Delaware, County of New Castle, being duly sworn, says that on the 1st day of May, 2025 at 11:25 a.m. I personally served a copy of the SUMMONS IN AN ADVERSARY PROCEEDING AND ADVERSARY COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF with supporting documents on **SEECUBIC, INC.** by serving the registered agent Corporation Service Company at 251 Little Falls Drive Wilmington, DE 19808.

Name of individual accepting service: Lynanne Gares – Authorized to Accept.
Description of individual: Caucasian female, 35-40 yrs. old, 150 lbs., 5'5" with brown hair

_____
Lisa Joyner

Subscribed and sworn before me
This 1st day of May, 2025

_____
Notary Public
My commission expires:

ZAHID HOSSAIN NAWAZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 25, 2026