# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., (Stream)<br><br>Debtor. | Chapter 13<br><br>Bankruptcy No. 23-10763-DJB<br>(Jointly Administered) |
| REMBRANDT 3D HOLDING LTD,<br><br>Plaintiff<br><br>WILLIAM A. HOMONY, AS CHAPTER 11 TRUSTEE, et al<br><br>Defendants | Adv. Proc. No. 24-00142-DJB |

## **PROOF OF SERVICE**

I, Feng Xu, hereby affirm under penalty of perjury and upon personal knowledge that the contents of the following document are true and do affirm that I am a competent person over 18 years of age and not a party to this action.

On May 5, 2025, I caused a true and correct copy of the Summons and Complaint in this matter to be served upon SeeCubic B.V. pursuant to Article 10(a) of the Hague Convention via Federal Express. Service of the Summons and Complaint was made on or about May 7, 2025. I hereby attached the signed Federal Express Proof of Delivery for same.

_____
Feng Xu

*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stream TV Networks, Inc. and Technovative Media, Inc.<br>    Debtor(s) | Case No. 23–10763–amc<br>Chapter 11 |
| Rembrandt 3D Holding Ltd.<br>    Plaintiff(s) | Adversary No. 24–00142–amc |
| v. | |
| William A. Homony, et al.<br>    Defendant(s) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before January 6, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before January 9, 2025.

| | |
|---|---|
| Address of the clerk | Eastern District of Pennsylvania<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Name/Address of Plaintiff's Attorney | ANDREW PETER DEMARCO<br>Devlin Law Firm LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



For The Court

Timothy B. McGrath
Clerk of Court

Date: December 5, 2024

May 07, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 881025718261

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | J.ZHANG | **Delivery Location:** | PARK FORUM 1035 |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday;<br>Direct Signature Required | | EINDHOVEN, NB, 5657 |
| | | **Delivery date:** | May 7, 2025 11:13 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 881025718261 | **Ship Date:** | May 5, 2025 |
| | | **Weight:** | 3.97 LB/1.8 KG |

**Recipient:**
SHADRON STASTNEY, SEECUBIC B.V
PARK FORUM 1035
EINDHOVEN, NB, NL, 5657

**Shipper:**
TIMOTHY DEVLIN, DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE, US, 19806

**Reference**         Rembrandt



Thank you for choosing FedEx