## UNITED STATES BANKRUPCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Stream TV Networks, Inc., et al | : | |
| | : | Bankruptcy No. 23-10763 (DJB) |
| Debtor | : | |
| | : | (Jointly Administrated)[1] |
| | : | |
| Rembrandt 3D Holding LTD. | : | |
| | : | |
| Plaintiff | : | Adv. Proc. No 24-00142 (DJB) |
| | : | |
| William A. Homony, | : | |
| as Chapter 11 Trustee, et al | : | |
| | : | |
| Defendants | : | |

**ORDER**

      **AND NOW**, The Plaintiff having commenced this adversary proceeding on December 4, 2024;

      **AND** the Defendant's Answer having been due on January 6, 2025;

      **AND** no answer or responsive pleading having been filed by certain Defendants;

      It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (E.g. See F.R.C.P. 55) **on or before October 10, 2025**. Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.[2]

Date: September 26, 2025

                                                                                                                                      _____

                                                                                                                                    Derek J. Baker
                                                                                                                                    United States Bankruptcy Judge

---

[1] On April 11, 2023, this Court entered an Order directing joint administration of the above-captioned case and In re Technovative Media, Inc. Case No. 23-10764 (AMC). (Bankr. D.I #81)

[2] Prior to filing a motion for default judgement, a plaintiff must obtain the entry of default from the Clerk's Office. E.g. See Rule 55(a).