# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| Stream TV Networks, Inc., (Stream) | Bankruptcy No. 23-10763-DJB |
| Debtor. | (Jointly Administered) |
| REMBRANDT 3D HOLDING LTD, | |
| Plaintiff | Adv. Proc. No. 24-00142-DJB |
| WILLIAM A. HOMONY, AS CHAPTER 11 TRUSTEE, et al | |
| Defendants | |

## JOINT STIPULATION TO STAY ALL DEADLINES

Plaintiff Rembrandt 3D Holding Ltd and Defendants Shadron L. Stastney, SeeCubic, Inc. and SeeCubic, B.V. hereby notify the Court that the Parties are engaging in discussions regarding a potential global settlement. The Parties therefore request that the Court stay this case for one week up to and including October 16, 2025, so that the Parties may negotiate the terms of settlement. The Parties, by and through their undersigned counsel, hereby stipulate to the following:

WHEREFORE, IT IS HEREBY STIPULATED by, between and among the Parties, and subject to the Court's approval, that all proceedings in the above-captioned action shall be stayed until and including October 16, 2025.

Dated: October 10, 2025						DEVLIN LAW FIRM LLC

							*/s/ Andrew DeMarco*
							Andrew DeMarco (PA Bar No. 326294)
							ademarco@devlinlawfirm.com
							1526 Gilpin Avenue

Wilmington, DE 19806
Tel: (302) 449-9010
Fax: (302) 353-4251

*Attorneys for Rembrandt 3D Holding Ltd*

Marley Ann Brumme
500 Boylston Street, 23rd Floor
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Fax: (617) 573-4822
Marley.Brumme@skadden.com

*Counsel to SeeCubic, Inc.*

Terence M. Grugan
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 864-8320
Fax: (215) 864-8999
grugant@ballardspahr.com

*Counsel for Shadron L. Stastney*

**AND IT IS SO ORDERED.**

Dated: **October 17, 2025**

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE