# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,<br><br>*Debtors*. | Chapter 11<br>**Bky. No. 23-10763-DJB** |
| Rembrandt 3D Holding Ltd,<br><br>*Plaintiff*,<br><br>v.<br><br>Shadron L. Stasney, SLS Holdings VI, LLC, Hawk Investment Holdings, LTD., SeeCubic, Inc., and SeeCubic B.V.,<br><br>*Defendants*. | **Adv. No. 24-00142-DJB** |

## JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SEECUBIC'S MOTION TO DISMISS THE REVISED AMENDED ADVERSARY COMPLAINT

Plaintiff Rembrandt 3D Holding Ltd. ("Rembrandt") and Defendant SeeCubic, Inc. ("SeeCubic"), by and through their undersigned counsel, hereby stipulate to a brief extension of time. Plaintiff's response is currently due February 24, 2026, and SeeCubic's reply is currently due March 10, 2026. Plaintiff's response will be extended to March 3, 2026, for Rembrandt to respond to SeeCubic's Motion to Dismiss the Revised Amended Adversary Complaint, and to March 17, 2026 for SeeCubic to file a reply.

The change will not alter the date of any other event or deadline.

1

Dated: February 24, 2026

| | |
|---|---|
| DEVLIN LAW FIRM LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| */s/ Andrew DeMarco* | */s/Marley Ann Brumme* |
| Andrew DeMarco (PA Bar No. 326294) | Joseph O. Larkin (I.D. No. 206047) |
| ademarco@devlinlawfirm.com | 920 N. King Street, One Rodney Square |
| 1526 Gilpin Avenue | Wilmington, Delaware 19801 |
| Wilmington, DE 19806 | Telephone: (302) 651-3000 |
| Tel: (302) 449-9010 | Facsimile: (302) 651-3001 |
| Fax: (302) 353-4251 | joseph.larkin@skadden.com |
| *Counsel for Rembrandt 3D Holding Ltd* | James J. Mazza, Jr. (admitted *pro hac vice*) |
| | 320 S. Canal Street |
| | Chicago, Illinois 60606-1720 |
| | Telephone: (312) 407-0549 |
| | Facsimile: (312) 407-8641 |
| | james.mazza@skadden.com |
| | Eben P. Colby (admitted *pro hac vice*) |
| | Marley Ann Brumme (admitted *pro hac vice*) |
| | 500 Boylston Street, 23rd Floor |
| | Boston, Massachusetts 02116 |
| | Telephone: (617) 573-4800 |
| | Facsimile: (617) 573-4822 |
| | eben.colby@skadden.com |
| | marley.brumme@skadden.com |
| | *Counsel for SeeCubic, Inc.* |

**AND IT IS SO ORDERED.**

Dated: **February 26, 2026**

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE